

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROSARIO MARIA BAEZ MARTINEZ, Individually, and As Representative of The Estate of TITO LIVIO BAUTISTA, Deceased, And As Next Friend of JEREMY BAUTISTA vs. <br><br> AMERICAN AIRLINES, INC., and AIRBUS INDUSTRIE, G.I.E. <br> Defendant | § § § § § § § § § § § § |

CIVIL ACTION NO. _____

## CERTIFICATE OF INTERESTED PERSONS

The undersigned, counsel of record for Plaintiff, Rosario Maria Baez Martinez, Individually, and As of the Estate of Tito Livio Bautista, deceased, and As Next Friend of Jeremy Bautista, certifies that the following list of persons and entities are financially interested in the outcome of this case:

1. Rosario Maria Baez Martinez;

2. Persons interested in the estate of Tito Livio Bautista, deceased;

3. American Airline, Inc.;

4. AMR Corporation, as the parent corporation of American Airlines;

5. Airbus Industrie, GIE; and

6. the attorneys for the parties in this case.

In making this representation, the undersigned counsel understands the phrase "financially interested" to mean that as a result of a final decision in this case a named entity's finances are or could be affected.

Dominican Republic/Certificate of Interested Persons
Page 1

**LAW OFFICES OF LEO PRUNEDA**
212 Nolana, Suite A
McAllen, Texas 78504
Tel.: (956) 661-0551
Fax: (956) 661-0620

BY: _/s/ Leo Pruneda by SS w/ permission_
LEO PRUNEDA
Texas State Bar# 16373400
Counsel for Plaintiff
Mauro Araujo Suero, Individually, And As Next of Friend of The Estate of Eduarda Araujo De Corporan and Yanet Marie De Corporan Araujo

**GRIFFITH, SULLIVAN, OCHOA & GARZA, L.L.P.**
One Park Place, Suite 500
100 Savannah Avenue
McAllen, Texas 78503
Tel. No. (956) 971-9446
Fax. No. (956) 971-9451

BY: _/s/ Susan Sullivan by JRG w/ permission_
JOHN R. GRIFFITH
Texas Bar No. 08480750
SUSAN SULLIVAN
Texas Bar No. 11546700
Counsel for Plaintiff
Mauro Araujo Suero, Individually, And As Next of Friend of The Estate of Eduarda Araujo De Corporan and Yanet Marie De Corporan Araujo

## CERTIFICATE OF SERVICE

I hereby certify that on ___12th___, day of June a true and correct copy of the foregoing document was served via certified mail, return receipt requested to the following counsel:

Thad T. Dameris
Trevor R. Jefferies
Pillsbury Winthrop LLP
2 Houston Center
909 Fannin, Suite 2200
Houston, Texas 77010

ATTORNEYS FOR AIRBUS INDUSTRIE, G.I.E.

John H. Martin
Christopher L. Barnes
Thompson & Knight LLP
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201

Desmond T. Barry, Jr.
Andrew J. Harakas
Condon & Forsyth, L.L.P.
685 Third Ave.
New York, New York 10017

ATTORNEYS FOR DEFENDANT AMERICAN AIRLINES, INC.

SUSAN SULLIVAN    by VMS w/permission