# UNITED STATES DISTRICT COURT

Northern District of Texas

Rosario Maria Baez Martinez, Individually And As
Representative of The Estate of Tito Livio Bautista,
Deceased, And As Next Friend of Jeremy Bautista
V.
American Airlines, Inc. And
Airbus Industrie, G.I.E.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3-03CV1324-M

TO: (Name and address of Defendant)

American Airlines, Inc.
CT Corporations Systems
350 North St. Paul Street
Dallas, Texas 75201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| John H. Martin | Desmond T. Barry, Jr. |
| Christopher L. Barnes | Andrew J. Harakas |
| Thompson & Knight LLP | Condon & Forsyth, LLP |
| 1700 Pacific Avenue, Suite 3300 | 685 Third Ave. |
| Dallas, Texas 75201 | New York, New York 10017 |

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

JUN 1 9 2003

CLERK  *Nicole Phillips*            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Texas

Rosario Maria Baez Martinez, Individually And
As Representative of The Estate of Tito Livio Bautista,
Deceased, And As Next Friend of Jeremy Bautista
V.
American Airlines, Inc. And
Airbus Industrie, G.I.E.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3-03CV1324-M

TO: (Name and address of Defendant)

Airbus Industrie, G.I.E.
1 Rond Point Maurice Bellonte
31707 Blagnac Cedex, France

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thad T. Dameris
Trevor R. Jefferies
Pillsbury Winthrop LLP
2 Houston Center
909 Fannin, Suite 2200
Houston, Texas 77010

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 19 2003

CLERK OF COURT

CLERK  _Nicole Phillips_    DATE

(By) DEPUTY CLERK