ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



FILED
JUN 3 0 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| ROSARIO MARIA BAEZ MARTINEZ, Individually, and as Representative of the Estate of TITO LIVIO BAUTISTA, Deceased, and As Next Friend of JEREMY BAUTISTA, § § § § § § | |
| Plaintiff, § | |
| vs. § | |
| § | CIVIL ACTION NO: 3:03-CV-1324-M |
| AMERICAN AIRLINES, INC., and AIRBUS INDUSTRIE, GIE, § § § | |
| Defendants. § | |

## CERTIFICATE OF INTERESTED PERSONS

The undersigned, counsel of record for Defendant American Airlines, Inc., certifies that the following list of persons and entities are financially interested in the outcome of this case:

1. Rosario Maria Baez Martinez,

2. Persons interested in the estate of Tito Livio Bautista, deceased,

3. Jeremy Bautista,

4. American Airlines, Inc.,

5. AMR Corporation, as the parent corporation of American Airlines,

6. Airbus Industrie, GIE,

7. the attorneys for the parties in this case.

In making this representation, the undersigned counsel understands the phrase "financially interested" to mean that as a result of a final decision in this case a named entity's finances are or could be affected.

Dated: June 30, 2003.

                          Respectfully submitted,

                          */s/ Christopher Barnes*
                          John H. Martin
                          Texas State Bar No. 13086500
                          Christopher L. Barnes
                          Texas state Bar No. 00792175

                          THOMPSON & KNIGHT L.L.P.
                          1700 Pacific Avenue, Suite 3300
                          Dallas, Texas 75201
                          (214) 969-1700
                          Fax: (214) 969-1751

                          Desmond T. Barry, Jr.
                          Andrew J. Harakas

                          CONDON & FORSYTH, L.L.P.
                          685 Third Ave.
                          New York, New York 10017
                          (212) 490-9100
                          Fax: (212) 370-9453

                          ATTORNEYS FOR DEFENDANT
                          AMERICAN AIRLINES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2003, a true and correct copy of the foregoing document was served via facsimile and First Class Mail, Return Receipt Requested on the following counsel:

Leo Pruneda
Law Offices of Leo Pruneda
621 S. 10th
Edinburgh, Texas
(956) 383-4822
(956) 383-4491 Fax

Susan Sullivan-Martinez
Griffith, Hill & Ochoa, L.L.P.
One Park Place, Suite 500
100 Savanna Avenue
McAllen, Texas 78503
(956) 971-9446
(956) 971-9451 Fax

ATTORNEYS FOR PLAINTIFF

Thad T. Dameris
Trevor R. Jefferies
Pillsbury Winthrop LLP
2 Houston Center
909 Fannin, Suite 2200
Houston, Texas 77010
(713) 425-7322
(281) 582-6305 Fax

ATTORNEYS FOR AIRBUS INDUSTRIE, G.I.E.

_____
Christopher L. Barnes

008425 000030 DALLAS 1610100.1