ORIGINAL

3:03CV1324-M

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-23-2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MARILYN STROUD | Civil Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by Certified mail # 7001 0360 0003 2848 7771 / 350 N. St. Paul St., Dallas, Texas 75201

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-26-2003                  Marilyn Stroud
                Date                        Signature of Server

Mission Texas
Address of Server

JUL 15 2003

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.