AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | 3:03CV 1324M |
|---|---|

**ORIGINAL**

Service of the Summons and complaint was made by me⁽¹⁾  DATE: 6-23-2003

NAME OF SERVER (PRINT): MARILYN STROUD  TITLE: Civil Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent by Registered mail # RB423541154S  1 Rond Point Maurice Bellante 31707 Blagnac Cedex France

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 3 2003
CLERK, U.S. DISTRICT COURT
by
Deputy

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-07-2003
       Date

Signature of Server: Marilyn Stroud

Address of Server: Mission, Texas, U.S.A.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.