

**A CERTIFIED TRUE COPY**

AUG -8 2003

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDGE SWEET

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 23 2003
OCT 20 2003
FILED
CLERK'S OFFICE

CLERK, U.S. DISTRICT COURT
By _____ Deputy

DOCKET NO. 1448    03-CV-6354

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE AIR CRASH AT BELLE HARBOR, NEW YORK, ON NOVEMBER 12, 2001

*Johanna M. Brady, etc. v. American Airlines, Inc., et al.*, E.D. New York, C.A. No. 1:03-2830
*Thomasina Monte, etc. v. American Airlines, Inc., et al.*, E.D. New York, C.A. No. 1:03-2938
*Rosario Maria Baez Martinez, etc. v. American Airlines, Inc., et al.*,
    N.D. Texas, C.A. No. 3:03-1324

### CONDITIONAL TRANSFER ORDER (CTO-18)

On April 22, 2002, the Panel transferred 28 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 162 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Robert W. Sweet.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Sweet.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 22, 2002, 203 F.Supp.2d 1379 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Robert W. Sweet.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 8 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK